JACOB MOSCHELL ET AL., PLAINTIFFS IN ERROR, v. THE STATE OF NEW JERSEY, DEFENDANT IN ERROR.

On error to the Supreme Court.  For opinion of the Supreme Court, see 24 *Vroom* 498.

For the plaintiffs in error, *Abram Q. Garretson.*

For the state, *Charles H. Winfield.*

THE CHANCELLOR.  The judgment in this case is affirmed, for the reasons given by the Supreme Court.

*For affirmance*—THE CHANCELLOR, DEPUE, REED, SCUDDER, VAN SYCKEL, BOGERT, BROWN, CLEMENT, SMITH, WHITAKER.  10.

*For reversal*—None.